

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00037-CR

DONALD JACK ROBERTSON II, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 24080

Before Morriss, C.J., Burgess and Moseley,* JJ.
Memorandum Opinion by Chief Justice Morriss

_____

*Bailey C. Moseley, Retired, Sitting by Assignment

MEMORANDUM OPINION

A Lamar County jury convicted Donald Jack Robertson, II, of three counts of sexual assault of a child. In accordance with the jury's punishment assessment, the trial court gave Robertson three consecutive twelve-year sentences of imprisonment and ordered him to pay a $10,000.00 fine in each case.

On appeal, Robertson argues that the trial court erred in (1) admitting extraneous-offense evidence of Robertson's sexual assaults against other children, (2) sustaining the State's hearsay objection to a police report, (3) concluding that the Health Insurance Portability and Accountability Act of 1996 (HIPPA) barred the introduction of a child's medical records containing a recantation of an allegation of sexual abuse, (4) allowing the State to present an expert witness on grooming, (5) overruling Robertson's request for a second court-appointed expert to assist in preparing a defense, and (6) overruling Robertson's request for a free transcript of a pretrial hearing. He also argues that his punishment was not decided by a legally impaneled jury.

In our companion cause number 06-18-00038-CR, Robertson raised these same issues in his appeal from convictions of continuous sexual abuse of a child younger than fourteen years of age and indecency with a child by sexual contact. We addressed these issues in detail in our opinion of this date in cause number 06-18-00038-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted: November 29, 2018
Date Decided: January 4, 2019

Do Not Publish

3